1  RITA M. HAEUSLER (SBN 110574)
2  haeusler@hugheshubbard.com
   HUGHES HUBBARD & REED LLP
3  350 South Grand Avenue, 36th Floor
4  Los Angeles, California 90071-3442
   Telephone: (213) 613-2800
5  Facsimile: (213) 613-2950
6
   Attorneys for Plaintiff ISABERG RAPID AB
7
8

FILED

08 MAY 30  PM 2: 16

CLERK, U.S. DISTRICT COF  T
SOUTHERN DISTRICT OF CALIF   NIA

BY:  ECc           DEPUTY

9          UNITED STATES DISTRICT COURT

10        SOUTHERN DISTRICT OF CALIFORNIA

11

12  ISABERG RAPID AB,                    Case No. '08 CV 0971 JM WMc

13                    Plaintiff,

14        vs.                            COMPLAINT

15
16  SELECT DEVELOPMENT
    CORP.,
17
                      Defendant.         DEMAND FOR JURY TRIAL
18

19        Plaintiff Isaberg Rapid AB ("Isaberg" or "plaintiff"), for its complaint

20  against defendant Select Development Corp. ("Select Development" or

21  "defendant"), alleges on knowledge as to itself and otherwise on information and

22  belief, as follows:

23                         NATURE OF ACTION

24        1.    Plaintiff asserts claims against defendant for (i) infringement of

25  plaintiff's federally registered trademark RAPID & Design, in violation of Section

26  32(1) of the Trademark Act of 1946, as amended (the "Lanham Act"), 15 U.S.C. §

27  1114(1); (ii) false designation of origin of plaintiff's marks RAPID and RAPID &

28  Design (collectively, the "RAPID Marks"), in violation of Section 43(a) of the

---

COMPLAINT

Lanham Act, 15 U.S.C. §1125(a); (iii) unfair competition in violation of California Unfair Competition Statute, Cal. Bus. & Prof. Code § 17200; and (iv) trademark infringement of plaintiff's marks RAPID Marks and unfair competition under the common law of California.   Plaintiff asserts these claims because defendant, without authorization from plaintiff, is using the marks RAPID TOOLS, RAPIDTOOLS, SDC RAPID TOOLS & Design and the domain name RAPIDTOOLS.US (collectively, the "RAPID TOOLS Marks") in connection with certain hand tools that are directly related to power tools and hand tools sold by plaintiff under virtually identical marks.  Plaintiff seeks to recover damages for this infringement and a permanent injunction to prevent defendant from causing further injury in the future.

**THE PARTIES**

2.   Isaberg is a corporation organized and existing under the laws of Sweden, with its principal place of business at Metallgatan 5, S-330 27 Hestra, Sweden. Isaberg designs, manufactures, markets and sells a variety of power tools and hand tools, including stapling and tacking tools used in connection with installing carpet and laying roofing materials and insulation.  Isaberg markets and sells its tools under the RAPID Marks to more than 140 countries throughout the world, including in the United States.

3.   Select Development is a corporation organized and existing under the laws of California, with its principal place of business at 10035 Carroll Canyon Road, Suite C, San Diego, California 92131.  Select Development distributes, markets and sells hand tools, including tools used in connection with installing carpet and woodcutting.  Select Development's tools are marketed and sold in the United States under the RAPID TOOLS Marks.

**JURISDICTION AND VENUE**

4.   The Court has jurisdiction over the subject matter of this action pursuant to 15 U.S.C. § 1121 and 28 U.S.C. §§ 1331, 1338(a), and supplemental jurisdiction pursuant to 28 U.S.C. § 1367(a).  In addition, because there is diversity of

1    citizenship between the parties to this action and the matter in controversy exceeds

2    $75,000, the Court has jurisdiction pursuant to 28 U.S.C. § 1332(a).

3         5.    The Court has personal jurisdiction over Select Development

4    because Select Development resides in this state, does business in this state and has

5    committed the tortious acts complained of herein within this state, by advertising,

6    offering for sale and shipment, and selling hand tools bearing the infringing RAPID

7    TOOLS Marks through retail stores and its website www.rapidtools.us (the

8    "Defendant's Website") to individuals in this state.

9         6.    Venue is proper in this District pursuant to 28 U.S.C. §1391 (b)

10    because Select Development has its principal place of business in this District and a

11    substantial part of the events or omissions giving rise to plaintiff's claims occurred in

12    this District, including advertising, offering for sale and selling hand tools bearing the

13    infringing RAPID TOOLS Marks through retail stores and Defendant's Website to

14    individuals in this District.

15    <u>**FACTS COMMON TO ALL COUNTS**</u>

16    <u>Plaintiff's Business and Products</u>

17         7.    Founded in 1936, Isaberg is one of the world's leading suppliers

18    of power tools and hand tools for home and professional use.   Isaberg has

19    development and production facilities in France, China and Sweden, and sells its

20    tools in over 140 counties worldwide, including the United States.

21         8.    Among Isaberg's power tools and hand tools are stapling and

22    tacking devices used specifically in connection with installing carpet and roofing

23    material.  Namely, Isaberg manufacturers, markets and sells high capacity staple guns

24    and devices known as hammer tackers, which are both used to affix carpets and

25    carpet padding to floors and roofing materials to roofs.

26    <u>Plaintiff's Marks</u>

27         9.    Isaberg sells its stapling and tacking tools in the United States

28    under its RAPID Marks.  Isaberg has used and continues to use the trademark

RAPID in the United States in connection with stapling and tacking tools since the 1960's and commenced using and currently uses the trademark RAPID & Design in the United States in connection with those goods in 1999.  By virtue of its in-house product development and marketing departments, its high-tech production and worldwide chain of dealers, Isaberg's RAPID Marks have become synonymous with high quality, user-friendly and innovative products that satisfy consumer needs and know how.

10.    On October 7, 2003, the U.S. Patent and Trademark Office (the "PTO") issued a registration to Isaberg on the Principal Register for the mark RAPID & Design, Reg. No. 2,772,221, in connection with, *inter alia,* "power tools, namely, stapling machines, tacking machines, stapling pliers, hot melt glue guns, power-operated stapling presses, power operated stapling guns, and stapling hammers" in Class 7 and "hand tools, namely, stapling pliers, stapling guns, stapling hammers, and frapping pliers" in Class 8.  (A copy of Isaberg's U.S. trademark registration for the mark RAPID & Design is annexed hereto as Exhibit 1.)

11.    The RAPID Marks have become distinctive by identifying and distinguishing Isaberg's stapling and tacking tools.  As a direct result, the RAPID Marks have acquired substantial goodwill and renown as an identifier of plaintiff's stapling and tacking tools.  (Photographs of Isaberg's stapling and tacking tools sold under the RAPID Marks are annexed hereto as Exhibit 2.)

12.    Isaberg has the exclusive right to own and use the RAPID Marks and its rights in those marks are superior to any rights which defendant may claim in and to those marks, in any form or style.

13.    Isaberg has made a substantial commitment of money and effort to create a strong market and consumer recognition of its RAPID Marks.  Through these efforts, the distinctive RAPID Marks have become well known among carpenters, contractors, decorators, and hobbyists alike in connection with carpeting and roofing.

14.    As a result of Isaberg's efforts, and given the quality products marketed under the RAPID Marks, annual wholesale sales for 2006 of Isaberg's high capacity staple guns and hammer tackers used for carpeting and roofing alone totaled approximately $ 1.9 million in the United States and $ 11.9 million worldwide.

15.    By reason of the foregoing, Isaberg's RAPID Marks have come to indicate to the general consuming public high-quality goods originating with plaintiff.

The Infringing RAPID TOOLS Mark

16.    Select Development is marketing and selling hand tools under the RAPID TOOLS Marks.   Among Select Development's hand tools marketed and sold under the RAPID TOOLS Marks are devices used to seam and cut carpet.

17.    Namely, Select Development manufacturers, markets and sells a cutting device called "RowCut" used for precision carpet cutting, and a device called "AirWeight" used to seam carpeting.  (Photographs of Select Development's carpet cutting and seaming tools sold under the RAPID TOOLS Marks are annexed hereto as Exhibit 3.)

18.    Select Development currently sells its hand tools via Defendants' Website and currently, or intends to in the future, sell those tools in retail stores in the United States.

19.    Like Isaberg's RAPID Marks, Select Developments' RAPID TOOLS Marks contain the word mark "RAPID" as the dominant portion of the marks.

20.    In addition, like Isaberg's stapling and tacking tools sold under its RAPID Marks, carpenters, contractors, and hobbyists can use Select Developments' hand tools sold under the RAPID TOOLS Marks in connection with installing carpeting.  The process of installing carpeting involves several steps, including laying carpet padding, securing the carpet padding to the floor with the use of staples or tacks, laying the carpet across the carpet padding, seaming together pieces of carpet

in order to make it wide enough for the room size, securing the carpet to tack strips, and finally, cutting the carpet to fit around wall corners. Isaberg's high capacity staple guns and hammer tackers are generally used to affix the carpet padding and carpet to the floor and tack strips. Select Developments "AirWeight" device would be used to seam together multiple pieces of the carpet and its "RowCut" device would be used to cut the carpet to fit around wall corners.

21.    On or about September 15, 2006, Select Development filed an application in the PTO to register the mark SDC RAPID TOOLS & Design. That application is currently pending registration in the PTO in connection with "hand tools, namely, handheld cutting tools for carpeting and sheet flooring and handheld guides for the cutting of dimensional lumber using handheld cutting tools" in Class 8.

22.    On or about October 17, 2007, Isaberg demanded in writing that Select Development immediately cease and desist from manufacturing, selling, advertising or marketing hand tools under the RAPID TOOLS Marks.

23.    Select Development has refused to halt its manufacture, sale, advertising and marketing of hand tools under the RAPID TOOLS Marks.

24.    As a direct result of Select Development's continued and unauthorized use of the RAPID TOOLS Marks, the consuming public is likely to be confused as to the source of the products sold under those marks.

25.    Isaberg has suffered and will continue to suffer irreparable harm as a direct result of Select Development's activities. Unless permanently enjoined, Select Development will continue to act in the unlawful manner complained of herein, all to Isaberg's irreparable harm.

26.    Isaberg has no adequate remedy at law.

## COUNT I

### (TRADEMARK INFRINGEMENT IN VIOLATION OF 15 U.S.C. §§ 1114(1))

27.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 26 of this complaint as if fully set forth herein.

28.    By defendant's activities of selling and promoting hand tools under the RAPID TOOLS Marks, including tools used in connection with installing carpeting, without plaintiff's authorization or consent and with full knowledge that plaintiff owns, has used, continues to use and has prior and superior rights in its registered trademark RAPID & Design in connection with its power tools and hand tools, including stapling and taking devices used for installing carpeting and roof laying, defendant has intended to cause confusion and mistake in the minds of the purchasing public generally in order to deceive purchasers as to the origin and source of defendant's goods.

29.    Defendant's use in commerce of the RAPID TOOLS Marks in connection with its hand tools is likely to cause confusion and mistake in the minds of the purchasing public generally, who will likely mistakenly believe that defendant's goods are authorized, sponsored or approved by plaintiff, when in fact they are not.

30.    By reason of defendant's use of the RAPID TOOLS Marks, defendant is infringing on plaintiff's rights in its registered mark RAPID & Design.

31.    The goodwill and favorable reputation residing in plaintiff's registered mark RAPID & Design is a valuable asset belonging to plaintiff, whose value does not lend itself to exact quantification. Defendant's activities have inflicted injury to plaintiff's RAPID & Design mark and the goodwill residing therein.

32.    Defendant's activities are intentional, willful and deliberate in spite of defendant's knowledge that its use of the RAPID TOOLS Marks directly contravenes plaintiff's rights. Defendant has acted intentionally and willfully, with the intent to diminish plaintiff's property rights and control over plaintiff's RAPID & Design mark, and with the intent to exploit the goodwill represented by those marks, by deceiving and misleading the consuming public as to whether defendant's goods

are sponsored by or affiliated, connected or otherwise associated with plaintiff or its goods.

33.    By reason of the foregoing, defendant's use of the RAPID TOOLS Marks constitutes a reproduction, copy and colorable imitation of plaintiff's registered mark RAPID & Design in connection with the sale, offering for sale, distribution, and advertising of hand tools, in a manner that is likely to cause confusion and mistake and to deceive and mislead the consuming public as to whether defendants' goods are sponsored by or affiliated, connected or otherwise associated with plaintiff or its goods.

34.    Plaintiff has suffered irreparable harm as a result of defendant's activities.  Unless permanently enjoined, defendant will continue to act in the unlawful manner complained of herein, all to plaintiff's irreparable harm. Plaintiff's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

## COUNT II

### (FALSE DESIGNATION OF ORIGIN UNDER 15 U.S.C. § 1125(a))

35.    Plaintiff repeats and realleges the allegations contained in paragraphs 1 through 34 of this complaint as if fully set forth herein.

36.    Defendant has intentionally, knowingly and willfully infringed on plaintiff's RAPID Marks by marketing, distributing and selling hand tools under the RAPID TOOLS Marks and without plaintiff's authorization or consent.

37.    By reason of defendant's unauthorized use of the RAPID TOOLS Marks, the public is likely to be misled as to the nature, quality and source of the goods being offered by defendant, in violation of Section 43(a) of the Lanham Act.

38.    By reason of the foregoing, defendant is using in commerce, on or in connection with goods, a false designation of origin, a false or misleading description of fact or a false or misleading representation of fact, including words, terms, names, devices designs and symbols, or a combination thereof, which is likely

1   to cause confusion, mistake, or deception as to the affiliation, connection or

2   association of defendant with plaintiff, or as to the origin, sponsorship or approval of

3   defendant's sales of goods by plaintiff or which misrepresents the nature,

4   characteristics, qualities or geographic origin of goods sold by defendant. Defendant

5   has full knowledge of the falsity of such designations of origin or such descriptions

6   or representations.

7           39.   Plaintiff has suffered irreparable harm as a result of defendant's

8   activities. Unless permanently enjoined, defendants will continue to act in the

9   unlawful manner complained of herein, all to plaintiff's irreparable harm. Plaintiff's

10   remedy at law is not adequate to compensate it for the injuries suffered and

11   threatened.

12                   **COUNT III**

13     **(UNFAIR COMPETITION UNDER CALIFORNIA UNFAIR COMPETITION STATUTE)**

14           40.   Plaintiff repeats and realleges the allegations contained in

15   paragraphs 1 through 39 of this complaint as if fully set forth herein.

16           41.   Defendant's activities complained of herein constitute unlawful

17   and unfair competition in violation of California Unfair Competition Statute, Cal.

18   Bus. & Prof. Code § 17200, as those acts are likely to deceive and mislead the public.

19           42.   Plaintiff has suffered irreparable harm as a result of defendant's

20   activities. Unless permanently enjoined, defendants could continue to act in the

21   unlawful manner complained of herein, all to plaintiff's irreparable harm. Plaintiff's

22   remedy at law is not adequate to compensate it for the injuries suffered and

23   threatened.

24                   **COUNT IV**

25     **(TRADEMARK INFRINGEMENT AND UNFAIR COMPETITION UNDER COMMON LAW)**

26           43.   Plaintiff repeats and realleges the allegations contained in

27   paragraphs 1 through 42 of this complaint as if fully set forth herein.

28

44.     Defendant's acts in marketing, distributing and selling hand tools under the RAPID TOOLS Marks is likely to cause consumer confusion, and constitutes misappropriation of the goodwill attached to plaintiff's RAPID Marks.

45.     Defendant's activities are false, deceitful and misleading, and constitute trademark infringement and unfair competition as prohibited by California common law.

46.     Plaintiff has suffered irreparable harm as a result of defendant's activities.  Unless permanently enjoined, defendants could continue to act in the unlawful manner complained of herein, all to plaintiff's irreparable harm.  Plaintiff's remedy at law is not adequate to compensate it for the injuries suffered and threatened.

WHEREFORE, plaintiff demands:

1.     that plaintiff be awarded treble damages, punitive damages, its reasonable attorneys' fees and the costs and disbursements of this action;

2.     that defendant's United States trademark application to register the mark RAPID TOOLS & Design be abandoned;

3.     that defendant be required to transfer to plaintiff its domain name registration RAPIDTOOLS.US;

4.     that defendant be required to deliver up for destruction all materials in its possession, custody or control, or the possession, custody or control of any of its agents or representatives, embodying or displaying the RAPID TOOLS Marks, including without limitation all unsold inventory of hand tools, signage, labels, catalogs, advertisements, pictures, promotional materials or stationary at cost to defendants;

5.     that defendant, its agents, employees, servants, privies, successors and assigns, and all persons acting in concert, participation or combination with it, be permanently enjoined from using the RAPID TOOLS

Marks, or any other mark confusingly similar to plaintiff's RAPID Marks, in any manner; and

      6.    that plaintiff has such other and further relief as the Court deems just and equitable.

## JURY DEMAND

Isaberg demands a trial by jury on all claims and causes of action to which it is entitled to a jury trial.

Dated: May 29, 2008

HUGHES HUBBARD & REED LLP
RITA M. HAEUSLER

By: _____

          Rita M. Haeusler
Attorneys for Plaintiff Isaberg Rapid AB

OF COUNSEL
PERLA M. KUHN
NATASHA N. REED
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726

**EXHIBIT 1**

Int. Cls.: 6, 7, 8, 11, and 16

Prior U.S. Cls.: 2, 5, 12, 13, 14, 19, 21, 22, 23, 25, 28, 29, 31, 34, 35, 37, 38, 44, and 50

**United States Patent and Trademark Office**

Reg. No. 2,772,221
Registered Oct. 7, 2003

## TRADEMARK
### PRINCIPAL REGISTER



ISABERG RAPID AB (SWEDEN CORPORATION)
P.O. BOX 115
330 27 HESTRA, SWEDEN

FOR: STAPLES FOR INDUSTRIAL USE, IN CLASS 6 (U.S. CLS. 2, 12, 13, 14, 23, 25 AND 50).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

FOR: POWER TOOLS, NAMELY, STAPLING MACHINES, TACKING MACHINES, STAPLING PLIERS HOT MELT GLUE GUNS, POWER-OPERATED STAPLING PRESSES, POWER OPERATED STAPLING GUNS, AND STAPLING HAMMERS, IN CLASS 7 (U.S. CLS. 13, 19, 21, 23, 31, 34 AND 35).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

FOR: HAND TOOLS, NAMELY, STAPLING PLIERS, STAPLING GUNS, STAPLING HAMMERS, AND FRAPPING PLIERS, IN CLASS 8 (U.S. CLS. 23, 28 AND 44).

FIRST USE 1-1-1999; IN COMMERCE 1-1-1999.

FOR: HEAT GUNS, NAMELY, HOT AIR GUNS, IN CLASS 11 (U.S. CLS. 13, 21, 23, 31 AND 34).

FIRST USE 1-1-2000; IN COMMERCE 1-1-2000.

FOR: STAPLING MACHINES AND STAPLING PLIERS FOR STAPLING PAPER, TACKING MACHINES FOR TACKING OFFICE REQUISITES, STAPLERS, STAPLES, STAPLE REMOVERS, AND PAPER HOLE PUNCHES, IN CLASS 16 (U.S. CLS. 2, 5, 22, 23, 29, 37, 38 AND 50).

FIRST USE 7-1-1997; IN COMMERCE 1-1-1998.

SN 76-276,562, FILED 6-26-2001.

RAUL CORDOVA, EXAMINING ATTORNEY



 **ESN114**

High capacity, recoil free action electric
staple gun ideal for DIY. Ergonomically
designed in association with the
Ergonomidesigngruppen. All steel magazine
takes both staples and nails.

Application areas: Stapling carpets, cabinet
making, insulation etc.

- Universal magazine for 6-14 mm heavy
gauge wire staples and 15 mm sprigs
- Simple to staple close to a wall.
- Long life working life with hardwearing parts
in steel
- Ergonomic design that enables two
different grips
**Applications>>**





---

**Used with**



**RAPID NO 140**

Flat wire staples: Flat wire
affords a larger holding area
against the... **>>**



**RAPID NO 8**

Brads: For carpentry.
Available in versions without
head (Rapid No 9),... **>>**

ISABERG RAPID AB
BOX 1010, SE-330 27 HESTRA, SWEDEN.
TEL +46 370 33 95 00. FAX +46 370 33 95 02
www.isaberg-rapid.com

---

buy here >>

 2 years Guarantee

 6 - 14 mm 1/4" - 9/16"

 15 mm 19/32"

 Cable: 2.5 meter

 Max firing rate/min: 20 shots

 Double insulation

 CE



 **CSN140**

Battery powered staple gun for DIY. Perfect for surfaces that are difficult to reach or where there is no accessible power. Smart, well-balanced design. Supplied with two batteries so you can continue to work when the other battery is charging.

Application areas: Insulation material, furniture upholstering, stapling carpet etc

- Universal magazine for 6-14 mm heavy gauge wire staples and 15 mm nails
- Adjustable impact setting for stapling in harder woods
- Staple window shows staple length and when it is time to reload.
- Supplied with 2 X 3.6V battery plus battery charger in handy plastic case
**Applications>>**



buy here >>

 2 years Guarantee

 6 - 14 mm 1/4" - 9/16"

 15 mm 19/32"

**Used with**



**RAPID NO 140**

Flat wire staples: Flat wire affords a larger holding area against the... **>>**



**RAPID NO 8**

Brads: For carpentry. Available in versions without head (Rapid No 9),... **>>**


ISABERG RAPID AB
BOX 115 SE-330 27 HESTRA, SWEDEN
TEL +46 370 33 95 00 FAX +46 370 33 95 02
www.isaberg-rapid.com




### R211

Powerful, easy to use hammer tacker with no loose parts. Reversible staple driver gives the Rapid R211 a service life beyond the ordinary. Comes with a built-in buffer plate to protect the work material. Perfect for stapling fitted carpets, insulation material, roofing felt paper, labels etc. Simple bottom-loading procedure. Uses staples from 6 to 12 mm in length.

**Applications>>**





buy here >>


2 years Guarantee


6 - 12 mm 1/4" - 1/2"

ISABERG RAPID AB
BOX 15, SE-330 27 HESTRA, SWEDEN
TEL. +46 370 33 05 00, FAX +46 370 33 05 00
www.isaberg-rapid.com



 **R11**

Professional, easy-to-use hammer tacker for
stapling fitted carpets, insulation material,
roof paper, labels etc. Single-handed
ergonomic grip for easy operation.

- For flat wire staples 6 - 10 mm
- Only four parts - simple and durable.
- Ergonomically designed rubber grip.
- Four-way grip
- Spare parts available.

**Applications>>**





 buy here >>

 2 years Guarantee

6 - 10 mm 1/4" - 3/8"

**Used with**



**RAPID NO 140**

Flat wire staples: Flat wire
affords a larger holding area
against the... >>



ISABERG RAPID AB
BOX 700 SE-330 27 HESTRA, SWEDEN.
TEL +46 370 33 00 00, FAX +46 370 33 00 02
www.isaberg-rapid.com

**EXHIBIT 3**

Rapid Tools - Saving Time Through Innovation

SDC RAPID TOOLS™

*Saving Time Through Innovation*

Homepage   About Us   Products   Trade Show Schedule   Dealer Inquiries   Contact Information

## RowCut - Row Finder and Carpet Cutter

**Now in 4 different models with upgrade capability!**
[click here for details]

Save time and improve accuracy when row finding and cutting carpet in just one simple step.

No longer is it necessary to separate carpet fiber rows and cut carpet in two operations.

The RowCut, combination row finder and carpet cutter allows for the separating of rows and the precision cutting of the carpet in a single pass. (Optional laser alignment guide also available upon request).

The RowCut's accuracy along with saving time and money, can't be beat! The self contained unit has everything the Carpet Installer needs, featuring a built-in tool caddy that holds two adjustable quick change Row Markers and your cutting blades. PATENT PENDING

**Features:**

- Allows for separating rows and cutting in a single pass.
- Can be used with 1 or 2 blades (for offset cutting).
- Quick change, adjustable length row finder rods.
- Extra Row Finder and Blade storage.
- Adjustable blade depth.
- Laser light alignment guide. (Optional)
- Universal soft grip for right and left hand use.

Retail Store Locator
Free Catalog
Demonstration Videos

**ONLINE STORE**

Account Log-In
EMAIL
PASS
LOGIN

Create Account

View Cart

Shipping Manager
TRACK YOUR ORDER *Online!*

See Video     ▶ Buy Now







Copyright ©2006 Select Development Corporation. All Rights Reserved.

Rapid Tools - Saving Time Through Innovation

# Saving Time Through Innovation

**RAPID TOOLS™**

Homepage    About Us    Products    Trade Show Schedule    Dealer Inquiries    Contact Information

Account Log-In

EMAIL
PASS

[Login]

Create Account

View Cart

Shipping Manager
TRACK YOUR ORDER Online!

Retail Store Locator
Free Catalog
Demonstration Videos
ONLINE STORE

## AirWeight - Carpet Seaming Tool

Save time and improve quality. The AirWeight applies downward pressure while providing a steady flow of air through its specially designed bottom plate, allowing the tape and carpet fibers to cool faster. This greatly decreases the likelihood of heat damage to the carpet. The AirWeight weighs in at 16.5 Lbs. and slides easily along the carpet with its unique carry handle and plate design. The AirWeight allows you to complete the seaming process in a much shorter amount of time. The AirWeight comes equipped with a convenience outlet for your seaming iron and other accessories. The built-in carry handle has two specially designed Cord Managers that keep your extension cords and accessory cords locked in place at all times.

A separately controlled light on the front of the AirWeight provides illumination while working in those poorly lit areas.  PATENTED

[See Video]    [▶ Buy Now]

### Features:

- Carpet Seam Weight (17 lbs)
- Carpet Seam Cooler (85/105 CFM fan)
- Easy to Use - Slides Easily on Carpet
- Built-in Light for Poorly Lit Areas
- 115 VAC Convenience Outlet
- Quiet Operation
- Time Saving & Convenient Cord Management Feature









Copyright ©2006 Select Development Corporation. All Rights Reserved.

http://rapidtools.us/air_weight.html5/28/2008 10:40:25 AM

# UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
SAN DIEGO DIVISION

# 151404    — TC
* * C O P Y * *
May 30, 2008
14:23:38

## Civ Fil Non-Pris
USAO #.: 08CW0971
Judge..: JEFFREY T MILLER
Amount.:                    $350.00 CK
Check#.: BC16322

Total—>  $350.00

FROM: ISABERG RAPID AB VS.
      SELECT DEVELOPMENT CORP.

ORIGINAL

JS 44  (Rev. 12/07)

# CIVIL COVER SHEET

The JS 44 civil cover sheet and the information contained herein neither replace nor supplement the filing and service of pleadings or other papers as required by law,  except as provided by local rules of court.  This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet.  (SEE INSTRUCTIONS ON THE REVERSE OF THE FORM.)

| I. (a)  PLAINTIFFS | DEFENDANTS |
|---|---|
| ISABERG RAPID AB | SELECT DEVELOPMENT CORP. |

FILED

08 MAY 30 PM 2: 16

| (b)  County of Residence of First Listed Plaintiff _____ <br>(EXCEPT IN U.S. PLAINTIFF CASES) | County of Residence of First Listed Defendant _____ <br>(IN U.S. PLAINTIFF CASES ONLY) <br>NOTE:  IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE <br>LAND INVOLVED. |
|---|---|

ECC                      DEPUTY

BY:

'08 CV 0971 JM WMc

(c)  Attorney's (Firm Name, Address, and Telephone Number)

Rita M. Haeusler (SBN 110574)

HUGHES HUBBARD & REED LLP

350 South Grand Avenue, 36th Floor

Los Angeles, CA  90071

(213) 613-2800

Attorneys (If Known)

## II.  BASIS OF JURISDICTION (Place an "X" in One Box Only)

☐ 1  U.S. Government
Plaintiff

☒ 3  Federal Question
(U.S. Government Not a Party)

☐ 2  U.S. Government
Defendant

☐ 4  Diversity
(Indicate Citizenship of Parties in Item III)

## III. CITIZENSHIP OF PRINCIPAL PARTIES (Place an "X" in One Box for Plaintiff
(For Diversity Cases Only)                       and One Box for Defendant)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☒ 1 | Incorporated or Principal Place of Business In This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business In Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☒ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV.  NATURE OF SUIT (Place an "X" in One Box Only)

| CONTRACT | TORTS | | FORFEITURE/PENALTY | BANKRUPTCY | OTHER STATUTES |
|---|---|---|---|---|---|
| ☐ 110 Insurance | **PERSONAL INJURY** | **PERSONAL INJURY** | ☐ 610 Agriculture | ☐ 422 Appeal 28 USC 158 | ☐ 400 State Reapportionment |
| ☐ 120 Marine | ☐ 310 Airplane | ☐ 362 Personal Injury - Med. Malpractice | ☐ 620 Other Food & Drug | ☐ 423 Withdrawal 28 USC 157 | ☐ 410 Antitrust |
| ☐ 130 Miller Act | ☐ 315 Airplane Product Liability | ☐ 365 Personal Injury - Product Liability | ☐ 625 Drug Related Seizure of Property 21 USC 881 | | ☐ 430 Banks and Banking |
| ☐ 140 Negotiable Instrument | ☐ 320 Assault, Libel & Slander | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 630 Liquor Laws | **PROPERTY RIGHTS** | ☐ 450 Commerce |
| ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 330 Federal Employers' Liability | | ☐ 640 R.R. & Truck | ☐ 820 Copyrights | ☐ 460 Deportation |
| ☐ 151 Medicare Act | ☐ 340 Marine | **PERSONAL PROPERTY** | ☐ 650 Airline Regs. | ☐ 830 Patent | ☐ 470 Racketeer Influenced and Corrupt Organizations |
| ☐ 152 Recovery of Defaulted Student Loans (Excl. Veterans) | ☐ 345 Marine Product Liability | ☐ 370 Other Fraud | ☐ 660 Occupational Safety/Health | ☒ 840 Trademark | ☐ 480 Consumer Credit |
| ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 350 Motor Vehicle | ☐ 371 Truth in Lending | ☐ 690 Other | **LABOR** | ☐ 490 Cable/Sat TV |
| ☐ 160 Stockholders' Suits | ☐ 355 Motor Vehicle Product Liability | ☐ 380 Other Personal Property Damage | ☐ 710 Fair Labor Standards Act | **SOCIAL SECURITY** | ☐ 810 Selective Service |
| ☐ 190 Other Contract | ☐ 360 Other Personal Injury | ☐ 385 Property Damage Product Liability | ☐ 720 Labor/Mgmt. Relations | ☐ 861 HIA (1395ff) | ☐ 850 Securities/Commodities/ Exchange |
| ☐ 195 Contract Product Liability | | | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act | ☐ 862 Black Lung (923) | ☐ 875 Customer Challenge 12 USC 3410 |
| ☐ 196 Franchise | | | | ☐ 863 DIWC/DIWW (405(g)) | ☐ 890 Other Statutory Actions |
| **REAL PROPERTY** | **CIVIL RIGHTS** | **PRISONER PETITIONS** | ☐ 740 Railway Labor Act | ☐ 864 SSID Title XVI | ☐ 891 Agricultural Acts |
| ☐ 210 Land Condemnation | ☐ 441 Voting | ☐ 510 Motions to Vacate Sentence | ☐ 790 Other Labor Litigation | ☐ 865 RSI (405(g)) | ☐ 892 Economic Stabilization Act |
| ☐ 220 Foreclosure | ☐ 442 Employment | **Habeas Corpus:** | ☐ 791 Empl. Ret. Inc. Security Act | **FEDERAL TAX SUITS** | ☐ 893 Environmental Matters |
| ☐ 230 Rent Lease & Ejectment | ☐ 443 Housing/ Accommodations | ☐ 530 General | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) | ☐ 894 Energy Allocation Act |
| ☐ 240 Torts to Land | ☐ 444 Welfare | ☐ 535 Death Penalty | | ☐ 871 IRS—Third Party 26 USC 7609 | ☐ 895 Freedom of Information Act |
| ☐ 245 Tort Product Liability | ☐ 445 Amer. w/Disabilities - Employment | ☐ 540 Mandamus & Other | **IMMIGRATION** | | ☐ 900 Appeal of Fee Determination Under Equal Access to Justice |
| ☐ 290 All Other Real Property | ☐ 446 Amer. w/Disabilities - Other | ☐ 550 Civil Rights | ☐ 462 Naturalization Application | | ☐ 950 Constitutionality of State Statutes |
| | ☐ 440 Other Civil Rights | ☐ 555 Prison Condition | ☐ 463 Habeas Corpus – Alien Detainee | | |
| | | | ☐ 465 Other Immigration Actions | | |

## V.  ORIGIN (Place an "X" in One Box Only)

☒ 1  Original
Proceeding

☐ 2  Removed from
State Court

☐ 3  Remanded from
Appellate Court

☐ 4  Reinstated or
Reopened

☐ 5  Transferred from another district (specify)

☐ 6  Multidistrict
Litigation

☐ 7  Appeal to District Judge from Magistrate Judgment

## VI.  CAUSE OF ACTION

Cite the U.S. Civil Statute under which you are filing (Do not cite jurisdictional statutes unless diversity):

15 U.S.C. § 1114(1) and § 1125(a); 28 U.S.C. § 1332(a)

Brief description of cause:

trademark infringement, false designation of origin and unfair competition

## VII.  REQUESTED IN COMPLAINT:

☐ CHECK IF THIS IS A CLASS ACTION
UNDER F.R.C.P. 23

DEMAND $ exceeds $75,000

CHECK YES only if demanded in complaint:

JURY DEMAND:  ☒ Yes  ☐ No

## VIII.  RELATED CASE(S) IF ANY

(See instructions):

JUDGE _____    DOCKET NUMBER _____

| DATE | SIGNATURE OF ATTORNEY OF RECORD |
|---|---|
| May 29, 2008 | Rita M. Haeusler / |

FOR OFFICE USE ONLY

RECEIPT # _____    AMOUNT _____    APPLYING IFP _____    JUDGE _____    MAG. JUDGE _____

CR