# United States District Court   FILED

### SOUTHERN DISTRICT OF CALIFORNIA  08 MAY 30 PM 2:18

ISABERG RAPID AB

vs

SELECT DEVELOPMENT CORP.

CLERK, U.S. DISTRICT
SOUTHERN DISTRICT OF CA...
EU

**SUMMONS IN A CIVIL ACTION** DEPUTY
Case No.

'08 CV 0971 JM WMc

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Rita M. Haeusler, Esq.
Hughes Hubbard & Reed LLP
350 South Grand Avenue, 36th Floor
Los Angeles, CA  90071
Tel:  Tel:  (213) 613-2800

An answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.                     5/30/08
CLERK                                      DATE

By  LLOYD , Deputy Clerk