| | |
|---|---|
| RITA M. HAEUSLER (SBN 110574)<br>haeusler@hugheshubbard.com<br>HUGHES HUBBARD & REED LLP<br>350 South Grand Avenue, 36th Floor<br>Los Angeles, California 90071-3442<br>Telephone: (213) 613-2800<br>Facsimile: (213) 613-2950 | FILED<br>08 MAY 30 PM 2:17<br>CLERK, U.S. DISTRICT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: ___ DEPUTY |

Attorneys for Plaintiff ISABERG RAPID AB

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

'08 CV 0971 JM WMc

| | |
|---|---|
| ISABERG RAPID AB,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>SELECT DEVELOPMENT CORP.,<br><br>　　　　Defendant. | Case No. _____<br><br>NOTICE OF PARTY WITH FINANCIAL INTEREST |

　　　　Pursuant to Local Rule 40.2, the undersigned counsel for Plaintiff Isaberg Rapid AB ("Isaberg") states that Isaberg is a corporation organized and

//
//
//
//
//
//
//

---

NOTICE OF PARTY WITH FINANCIAL INTEREST

existing under the laws of Sweden, with its principal place of business at Metallgatan 5, S-330 27 Hestra, Sweden.

Dated: May 29, 2008

HUGHES HUBBARD & REED LLP
RITA M. HAEUSLER

By: _____
Rita M. Haeusler
Attorneys for Plaintiff Isaberg Rapid AB

OF COUNSEL
PERLA M. KUHN
NATASHA N. REED
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726