ORIGINAL

RITA M. HAEUSLER (SBN 110574)
haeusler@hugheshubbard.com
HUGHES HUBBARD & REED LLP
350 South Grand Avenue, 36th Floor
Los Angeles, California 90071-3442
Telephone: (213) 613-2800
Facsimile: (213) 613-2950

FILED
08 MAY 30 PM 2: 16
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: EoL  DEPUTY

Attorneys for Plaintiff ISABERG RAPID AB

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ISABERG RAPID AB,<br><br>Plaintiff,<br><br>vs.<br><br>SELECT DEVELOPMENT CORP.,<br><br>Defendant. | Case No. '08 CV 0971 JM WMc<br><br>PLAINTIFF ISABERG RAPID AB'S CERTIFICATION OF INTERESTED PARTIES |

The undersigned, counsel of record for Plaintiff Isaberg Rapid AB, certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

//
//
//
//
//

---

PLAINTIFF ISABERG RAPID AB'S CERTIFICATION OF INTERESTED PARTIES

| PARTY | CONNECTION |
|---|---|
| Isaberg Rapid AB | Plaintiff |
| Select Development Corp. | Defendant |

Dated: May 29, 2008

HUGHES HUBBARD & REED LLP
RITA M. HAEUSLER

By: /s/ Rita M. Haeusler
Rita M. Haeusler
Attorneys for Plaintiff Isaberg Rapid AB

OF COUNSEL
PERLA M. KUHN
NATASHA N. REED
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
Facsimile: (212) 422-4726